UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YVONNE M. TAYLOR, | No. CV 07-03548-VBK |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: March 10, 2008            /s/
                         VICTOR B. KENTON
                         UNITED STATES MAGISTRATE JUDGE